# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 27, 2005

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129319

MANUEL VALLEJO,
        Plaintiff-Appellant,

v

                                            SC: 129319
                                            COA: 260433

DANIEL DOWNING, JR.,
        Defendant-Appellee.
                                            Oakland CC: 2003-054429-NI

_____/

      On order of the Court, the application for leave to appeal the May 24, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 27, 2005                                  _____
                                                     Clerk

p1219